# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA
        Plaintiff

AMENDED   JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER:  CV404-090

COASTAL UTILITIES, INC.
        Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with the Court's Order of March 28, 2007, granting plaintiff's motion

for summary judgment, judgment is hereby entered in favor of the plaintiff. That

plaintiff recover from defendant, the sum of $1,810,909.53, plus interest from the date

of the refund to the date of this judgment pursuant to 26 U.S.C. Sections 6602 and 6621.

The judgment shall bear interest at the rate set forth at 28 U.S.C. Section 1961(c)(1).

April 26, 2007
*Date*

Scott L. Poff
*Clerk*

*Mary Anne Hill*
*(By) Deputy Clerk*